LOUISE SMITH *v*. DELAVAN SMITH

The defendant's motion to dismiss the appeal from the Superior Court in Litchfield County is denied.

*John P. Febbroriello,* for the appellee (defendant).

*Martin J. Gersten,* of the New York bar, and *Robert V. Cimmino,* for the appellant (plaintiff).

Argued May 3—decided May 3, 1977

STATE OF CONNECTICUT *v*. WILLIAM COOK

The defendant's motion to set aside the judgment of the trial court, to direct the rendition of a judgment dismissing this case, and to award the defendant costs of the appeal from the Superior Court in Middlesex County is granted unless the state on or before June 1, 1977, files its brief.

*David N. Rosen,* for the appellant (defendant).

*Robert E. Beach, Jr.,* assistant state's attorney, for the appellee (state).

Argued May 3—decided May 3, 1977

THE NEW HAVEN SAVINGS BANK *v*. VALLEY INVESTORS ET AL.

The plaintiff's motion to set aside the judgment of the trial court, with costs, and to direct the rendition of a judgment for the plaintiff in the appeal from the Superior Court in New Haven County is granted unless the defendant Richard R. Splain on or before June 1, 1977, files his brief.

*Norman Fineberg,* for the appellant (plaintiff).

No appearance for the appellees (defendants).

Argued May 3—decided May 3, 1977